No opinion. Present — Nolan, P. J., Carswell, Johnston, Adel and MacCrate, JJ. [201 Misc. 358.] [See *post,* p. 1087.]

In the Matter of MORTIMER L. MILLER et al., Appellants, against CHARLES A. SILVER et al., Constituting the Board of Appeals of the City of Long Beach, Respondents, and ALICE KALMAN, Intervener, Respondent.—

No opinion. Present — Carswell, Acting P. J., Adel, Wenzel, MacCrate and Schmidt, JJ.

In the Matter of the Application of the GRAND JURY OF THE COUNTY OF KINGS. BARTHOLOMEW NICASTRO, Appellant; RAYMON H. CHADEAYNE, Foreman of Said Grand Jury, Respondent.—